IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSE ALAN WALKER,

       *Plaintiff*,

v.                                                    Case No.: 4:24cv221-MW/MJF

RICKY DIXON, et al.,

       *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections, ECF No. 9. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 8, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process." Plaintiff's motion for amendment to first amended civil rights complaint's litigation history section, ECF No. 10, is **DENIED as moot.** The Clerk shall close

the file.

**SO ORDERED on July 8, 2024.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
